IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL CURDO | : CIVIL ACTION |
| | : |
| v. | : NO. 24-132 |
| | : |
| COUNTY OF CHESTER, PRIMECARE MEDICAL, INC., JACLYN CASEY, GABRIELLA CHECCI, KAREN MURPHY, DR. MARTIN ZARKOSKI | : |

## ORDER

**AND NOW**, this 21st day of February 2024, upon considering Plaintiff's Motion for a preliminary mandatory injunction (ECF No. 8), the Defendants' Oppositions (ECF Nos. 23, 22), finding no clear right to relief or immediate harm absent a mandatory injunction as detailed in today's accompanying Memorandum, it is **ORDERED** Plaintiff's Motion for a preliminary mandatory injunction (ECF No. 8) is **DENIED** without prejudice.

_____
KEARNEY, J.