IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL CURDO | : CIVIL ACTION |
| | : |
| v. | : NO. 24-132 |
| | : |
| COUNTY OF CHESTER, PRIMECARE MEDICAL, INC., JACLYN CASEY, GABRIELLA CHECCI, KAREN MURPHY, DR. MARTIN ZARKOSKI | : |

## ORDER

AND NOW, this 17th day of July 2024, mindful of today's Order granting summary judgment and directing the Clerk of Court to close this case, it is **ORDERED** we **DENY** PrimeCare Defendants' Motions in limine (ECF Nos. 49, 50, 51) as moot.

KEARNEY, J.